**DICKINSON WRIGHT PLLC**
Steven A. Caloiaro
Nevada Bar No. 12344
Brooks T. Westergard
Nevada Bar No. 14300
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Email: SCaloiaro@dickinsonwright.com
Email: BWestergard@dickinsonwright.com

*Counsel for Defendant Jonathan Engler*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUARANTEED RATE AFFINITY, LLC, | Case No. 3:22-cv-00336-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| JONATHAN ENGLER, | |
| Defendants. | (FIRST REQUEST) |

Plaintiff Guaranteed Rate Affinity, LLC ("GRA") and Defendant Jonathan Engler, by and through their respective counsel, seek an additional thirty (30) days in which Defendant may file his Response to the Complaint in this case. Based upon the date of service, Defendant's current deadline to file a Response to the Complaint runs on Monday, August 22, 2022. The Parties have agreed to allow Defendant up to and including **Wednesday, September 21, 2022**, in which to file his Response.

///

///

///



This request is brought for good cause and not for the purpose of delay.

**IT IS SO AGREED AND STIPULATED:**

DATED this 19th day of August, 2022.   DATED this 19th day of August, 2022.

**DICKINSON WRIGHT PLLC**   **LITTLER MENDELSON**

*/s/ Steven A. Caloiaro*   */s/ Thomas W. Carroll*
Steven A. Caloiaro   Karyn Taylor
Brooks T. Westergard   Luke W. Molleck
100 West Liberty Street, Suite 940   200 South Virginia Street, 8th Floor
Reno, Nevada 89501-1991   Reno, Nevada 89501
Tel: 775-343-7500   Tel: 775-785-6383
Email: SCaloiaro@dickinsonwright.com   Email: kmtaylor@littler.com
Email: BWestergard@dickinsonwright.com   Email: lmolleck@littler.com

*Counsel for Defendant Jonathan Engler*

Thomas W. Carroll (*pro hac vice*)
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Tel: 303-629-6200
Email: tcarroll@littler.com

James M. Witz (*pro hac vice*)
321 North Clark Street, Suite 1100
Chicago, IL 60654
Tel: 312-372-5520
Email: jwitz@littler.com

*Attorneys for Plaintiff Guaranteed Rate Affinity, LLC*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: August 19, 2022

