DICKINSON WRIGHT PLLC
Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinsonwright.com
Brooks T. Westergard
Nevada Bar No. 14300
Email: bwestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Defendant Jonathan Engler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUARANTEED RATE AFFINITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN ENGLER, <br><br> Defendant | Case No. 3:22-CV-00336-MMD-CLB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and state as follows:

1. The parties have settled their dispute and entered into a confidential settlement agreement, and they jointly wish to dismiss this case with prejudice, with each party to pay his or its own costs and attorneys' fees.

2. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation for dismissal is signed by all parties who have appeared in the action or by their attorneys.

WHEREFORE, the parties ask this Court to dismiss this case with prejudice, with each party to pay his or its own costs and attorneys' fees.

Dated: August 1, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Thomas W. Carroll* <br> KARYN M. TAYLOR, ESQ. <br> LUKE W. MOLLECK, ESQ. <br> JAMES W. WITZ, ESQ. <br> THOMAS W. CARROLL, ESQ. <br> LITTLER MENDELSON, P.C. | */s/ Steven A. Caloiaro* <br> STEVEN A. CALOIARO, ESQ. <br> BROOKS T. WESTERGARD, ESQ. <br> DICKINSON WRIGHT PLLC |
| Attorneys for Plaintiff <br> GUARANTEED RATE AFFINITY, LLC | Attorneys for Defendant <br> JONATHAN ENGLER |

**ORDER**

**IT IS SO ORDERED.**

DATED THIS 2nd Day of August 2023.

_____
UNITED STATES DISTRICT JUDGE